PROB 12C
(6/16)

Report Date: June 17, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Rojas-Alvarez          Case Number: 0980 2:19CR00017-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: March 20, 2019

Original Offense:     Alien in the United States after Deportation, 8 U.S.C. § 1326

Original Sentence:    Prison - 66 days (time served);      Type of Supervision: Supervised Release
                      TSR - 12 months

Asst. U.S. Attorney:  Matthew F. Duggan          Date Supervision Commenced: March 20, 2019

Defense Attorney:     Molly Marie Winston        Date Supervision Expires: March 19, 2020

## PETITIONING THE COURT

To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 1**: You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of release from imprisonment, unless the probation officer tells you to report to a different probation office or within a different time frame.<br><br>**Supporting Evidence**: Luis Rojas-Alvarez violated his conditions of supervised release by failing to report to the federal judicial district within 72 hours of being released from imprisonment.<br><br>Information received from the U.S. Customs and Border Patrol indicates Mr. Rojas-Alvarez was inadvertently released from the Spokane County Jail back into the community on March 25, 2019.  Since his release he has failed to report to the U.S. Probation Office in the Eastern District of Washington within the 72-hour time frame.  Currently, his whereabouts are unknown. |

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Rojas-Alvarez, Luis**
**June 17, 2019**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 17, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

6/17/2019

Date