PROB 12C
(6/16)

Report Date: September 23, 2019

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 23, 2019

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Luis Rojas-Alvarez         Case Number: 0980 2:19CR00017-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: March 20, 2019

| | | | |
|---|---|---|---|
| Original Offense: | Alien in the United States after Deportation, 8 U.S.C. § 1326 | | |
| Original Sentence: | Prison - 66 days; TSR - 12 days | Type of Supervision: | Supervised release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: | March 20, 2019 |
| Defense Attorney: | Molly Marie Winston | Date Supervision Expires: | March 19, 2020 |

## PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 06/17/2019.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: Luis Rojas-Alvarez is considered to be in violation of his supervised release by being charged on August 28, 2019, with count 1: possession of a controlled substances; and count 2: use of drug paraphernalia, in Okanogan Superior Court, Okanogan Washington, case number 19-1-00266-24.  His next hearing is scheduled for October 28, 2019.<br><br>According to a police report from the Brewster Police Department (BDP), on August 28, 2019, a BPD officer confirmed Luis Rojas-Alvarez had a federal warrant and while on patrol, the officer observed Mr. Rojas-Alvarez sitting in a chair in the backyard of a residence.  The officer made contact with Mr. Rojas-Alvarez and advised him of the warrant.  As the officer grabbed his arm, Mr. Rojas-Alvarez started to resist, but the officer was able to secure him in handcuffs.<br><br>During a search of Mr. Rojas-Alvarez' person, the officer located items in one of his pants pockets which ended up falling to the ground.  The officer located what appeared to be a smoking device wrapped in tissue paper.  No other items of concern were located on the offender's person during the search and Mr. Rojas-Alvarez was placed in the backseat of the patrol vehicle. |

Prob12C
Re: Rojas-Alvarez, Luis
September 23, 2019
Page 2

The officer returned to retrieve the items that had fallen to the ground. While doing so, the officer located a small white baggie with a white crystal-like substance inside. The officer suspected the substance to be methamphetamine. The baggie was set aside from the other items. The officer unwrapped the tissue paper from the suspected smoking device. Once unwrapped, the officer could see a clear glass smoking device with a bulb on the end; a device commonly used to smoke methamphetamine. The pipe appeared to have white and black residue burnt inside. The items were transported to the Brewster Police department and photographed. The suspected methamphetamine weighed 0.2 grams. The substance was field tested and confirmed positive for methamphetamine.

The warrant issued on June 19, 2019, by this Court has been placed as a detainer with the Okanogan County Jail, in Okanogan, Washington.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   September 23, 2019

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

9/23/2019

Date